**Trudy Hanson Fouser, ISB No. 2794**
tfouser@gfidaholaw.com
**W. Dustin Charters, ISB No. 8710**
dcharters@gfidaholaw.com
**GJORDING FOUSER PLLC**
950 W. Bannock Street, Ste. 950
Boise, Idaho 83702
Telephone:  208.336.9777
Facsimile:   208.336.9177
E-service: gfcases@gfidaholaw.com

*Attorneys for Defendant Hillary Koehler*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOB SPENCER FREY,<br><br>            Plaintiff,<br><br>v.<br><br>CENTURION HEALTH, INC.;<br>CENTURION OF IDAHO, INC.; DR.<br>MURRAY YOUNG; DR. REBEKAH<br>HAGGARD; TONYA MCMILLIAN;<br>PATRIC JONES; JACQUE DOLAN;<br>SUMMER ELDREDGE, N.P.; WILLIAM<br>ROGERS, N.P.; SELAH WORLEY, N.P.;<br>ROBIN LARIVE, P.A.; NATHAN<br>THUESON; HILLARY KOEHLER;<br>CENTURION JOHN AND JANE DOES<br>1-5; RONA SIEGERT; TYRELL DAVIS;<br>LT. JAMIE AYUSO; MATTHEW<br>MILLER; SHEIKH DEEN; and IDOC<br>JOHN AND JANE DOES 1-5,<br><br>            Defendants. | Case No.  1:23-CV-00141<br><br>**ANSWER TO CIVIL RIGHTS COMPLAINT AND JURY TRIAL DEMAND** |

Defendant Hillary Koehler, by and through her counsel of record, Gjording Fouser PLLC, in answer to Plaintiff's Civil Rights Complaint and Demand for Jury Trial (hereafter "Plaintiff's Complaint") on file herein, admits, denies, and alleges as follows:

## INTRODUCTION

The following defenses are not stated separately as to each claim for relief or allegation of Plaintiff. Nevertheless, the following defenses are applicable, where appropriate, to any and all of Plaintiff's claims for relief. In asserting the following defenses, Defendant Koehler does not admit that the burden of proving the allegations or denials contained in the defenses is upon Defendant Koehler but, to the contrary, asserts that by reason of said denials, and by reason of relevant statutory and judicial authority, the burden of proving the facts relevant to many of the defenses and the burden of proving the inverse of the allegations contained in many of the defenses is upon Plaintiff.

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Defendant Koehler denies each and every allegation contained in the Complaint that is not specifically admitted or qualified.

## JURISDICTION AND VENUE

1.      In answering Paragraph 1, Defendant Koehler does not object to jurisdiction or venue at this time.

2.      Paragraph 2 contains legal conclusions to which no response is required.

## **PARTIES**

3.      In answering Paragraph 3, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

4.      Paragraph 4 contains legal conclusions to which no response is required.

5.      In answering Paragraph 5, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

6.      In answering Paragraph 6, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

7.      In answering Paragraph 7, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

8.      In answering Paragraph 8, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

9.      In answering Paragraph 9, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

10.      In answering Paragraph 10, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

11.     In answering Paragraph 11, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

12.     In answering Paragraph 12, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

13.     In answering Paragraph 13, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

14.     In answering Paragraph 14, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

15.     In answering Paragraph 15, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

16.     In answering Paragraph 16, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

17.     In answering Paragraph 17, Defendant Koehler admits she was an employee of Maxim Healthcare Services and worked at the Idaho State Correctional Center. Defendant Koehler denies any remaining allegations in Paragraph 17.

18.    In answering Paragraph 18, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

19.    In answering Paragraph 19, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

20.    In answering Paragraph 20, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

21.    In answering Paragraph 21, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

22.    In answering Paragraph 22, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

23.    The allegations in Paragraph 23 are not directed toward Defendant Koehler and/or are directed toward a person who is not a party to this case, and therefore, no response is required. To the degree that a response is deemed required, the allegations are denied.

24.    The allegations in Paragraph 24 are not directed toward Defendant Koehler and/or are directed toward a person who is not a party to this case, and therefore, no response is required. To the degree that a response is deemed required, the allegations are denied.

## **FACTS COMMON TO ALL CLAIMS**

### Diabetes Care

25.     In answering Paragraph 25, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

26.     In answering Paragraph 26, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

27.     In answering Paragraph 27, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

28.     In answering Paragraph 28, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

29.     In answering Paragraph 29, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

30.     In answering Paragraph 30, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

31.     In answering Paragraph 31, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

32.     In answering Paragraph 32, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

33.     In answering Paragraph 33, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

34.     In answering Paragraph 34, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

35.     In answering Paragraph 35, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

36.     In answering Paragraph 36, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

37.     In answering Paragraph 37, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

38.     In answering Paragraph 38, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

39.    In answering Paragraph 39, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

40.    In answering Paragraph 40, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

41.    In answering Paragraph 41, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

42.    In answering Paragraph 42, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

43.    In answering Paragraph 43, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

44.    In answering Paragraph 44, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

45.    In answering Paragraph 45, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

46.     In answering Paragraph 46, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

47.     In answering Paragraph 47, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

48.     In answering Paragraph 48, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

49.     In answering Paragraph 49, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

50.     In answering Paragraph 50, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

51.     In answering Paragraph 51, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

52.     In answering Paragraph 52, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

53.     In answering Paragraph 53, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

54.     In answering Paragraph 54, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

55.     In answering Paragraph 55, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

56.     In answering Paragraph 56, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

57.     In answering Paragraph 57, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

58.     In answering Paragraph 58, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

59.     In answering Paragraph 59, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

60.     In answering Paragraph 60, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

61.     In answering Paragraph 61, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

62.     In answering Paragraph 62, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

63.     In answering Paragraph 63, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

64.     In answering Paragraph 64, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

65.     In answering Paragraph 65, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

66.     In answering Paragraph 66, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

67.    In answering Paragraph 67, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

68.    In answering Paragraph 68, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

69.    In answering Paragraph 69, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

70.    In answering Paragraph 70, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

71.    In answering Paragraph 71, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

72.    In answering Paragraph 72, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

73.    In answering Paragraph 73, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

74.     In answering Paragraph 74, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

75.     In answering Paragraph 75, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

76.     In answering Paragraph 76, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

77.     In answering Paragraph 77, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

78.     In answering Paragraph 78, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

79.     In answering Paragraph 79, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

80.     In answering Paragraph 80, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

81.   In answering Paragraph 81, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

82.   In answering Paragraph 82, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

83.   Paragraph 83 does not contain an allegation, and therefore, no response is required.

<u>"You're going to have a rough night."</u>

84.   In answering Paragraph 84, Defendant Koehler admits Plaintiff was housed at the Idaho State Correction Center for a few months in the summer and fall of 2022.

85.   In answering Paragraph 85, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

86.   In answering Paragraph 86, Defendant Koehler admits that medical staff would sometimes come to the units to dispense medication to the residents and at other times medical staff called residents to the Medical Unit. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

87.   In answering Paragraph 87, Defendant Koehler admits Plaintiff was in a wheelchair due to an ankle injury. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

88.     In answering Paragraph 88, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

89.     In answering Paragraph 89, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

90.     In answering Paragraph 90, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

91.     In answering Paragraph 91, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

92.     In answering Paragraph 92, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

93.     In answering Paragraph 93, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

94.     In answering Paragraph 94, Defendant Koehler admits Plaintiff had a glucometer but denies the remaining allegations.

95.     In answering Paragraph 95, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

96.     In answering Paragraph 96, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

97.     In answering Paragraph 97, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

98.     In answering Paragraph 98 Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

99.     In answering Paragraph 99, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

100.    In answering Paragraph 100, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

101.    In answering Paragraph 101, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

102.    In answering Paragraph 102, Defendant Koehler admits she spoke with a correctional officer about Plaintiff and asserted that Plaintiff had refused his insulin based on information communicated to her. Defendant Koehler denies the remaining allegations in Paragraph 102.

103.    In answering Paragraph 103, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

104.    In answering Paragraph 104, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

105.    In answering Paragraph 105, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

106.    In answering Paragraph 106, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

107.    In answering Paragraph 107, Defendant Koehler admits diabetic ketoacidosis can lead to health complications.

108.    In answering Paragraph 108, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

109.    In answering Paragraph 109, Defendant Koehler admits no emergency was called that night.

110.    In answering Paragraph 110, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of these allegations and they are therefore denied.

111.   In answering Paragraph 111, Defendant Koehler admits she checked Plaintiff's glucose on the morning of September 10, 2022, and his blood sugar level is reflected in the medical chart. Defendant Koehler denies any remaining allegations in Paragraph 111.

112.   In answering Paragraph 112, Defendant Koehler admits she communicated with Plaintiff that morning and explained that an emergency was not called but denies the remainder of the allegations in Paragraph 112.

113.   In answering Paragraph 113, Defendant Koehler admits she communicated with a correctional officer regarding Plaintiff but denies the remainder of the allegations in Paragraph 113.

114.   In answering Paragraph 114, Defendant Koehler denies Mr. Frey was at great risk of serious injury or death during her care and treatment of Plaintiff. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

115.   In answering Paragraph 115, Defendant Koehler denies she provided poor quality of care to Plaintiff. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

<u>Inadequate Care for a Broken Ankle</u>

116.   In answering Paragraph 116, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

117.   In answering Paragraph 117, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

ANSWER TO CIVIL RIGHTS COMPLAINT AND JURY TRIAL DEMAND, Page 18
17227.001

118.    In answering Paragraph 118, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

119.    In answering Paragraph 119, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

120.    In answering Paragraph 120, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

121.    In answering Paragraph 121, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

122.    In answering Paragraph 122, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

123.    In answering Paragraph 123, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

124.    In answering Paragraph 124, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

125.    In answering Paragraph 125, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

126.    In answering Paragraph 126, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

127.    In answering Paragraph 127, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

128.    In answering Paragraph 128, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

129.    In answering Paragraph 129, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

130.    In answering Paragraph 130, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

131.    In answering Paragraph 131, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

132.    In answering Paragraph 132, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

133.    In answering Paragraph 133, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

134.    In answering Paragraph 134, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

135.    In answering Paragraph 135, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

136.    In answering Paragraph 136, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

137.    In answering Paragraph 137, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

138.    In answering Paragraph 138, these allegations are not directed toward Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no response is required.

139.    In  answering  Paragraph  139,  these  allegations  are  not  directed  toward
Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no
response is required.

140.    In  answering  Paragraph  140,  these  allegations  are  not  directed  toward
Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no
response is required.

141.    In  answering  Paragraph  141,  these  allegations  are  not  directed  toward
Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no
response is required.

<u>No Treatment for Sleep Apnea</u>

142.    In  answering  Paragraph  142,  these  allegations  are  not  directed  toward
Defendant Koehler and/or/or are directed toward other parties to this case, and therefore, no
response is required.

143.    In  answering  Paragraph  143,  these  allegations  are  not  directed  toward
Defendant Koehler and/or are directed toward other parties to this case, and therefore, no
response is required.

144.    In  answering  Paragraph  144,  these  allegations  are  not  directed  toward
Defendant Koehler and/or are directed toward other parties to this case, and therefore, no
response is required.

145.    In  answering  Paragraph  145,  these  allegations  are  not  directed  toward
Defendant Koehler and/or are directed toward other parties to this case, and therefore, no
response is required.

146.    In answering Paragraph 146, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

147.    In answering Paragraph 147, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

148.    In answering Paragraph 148, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

149.    In answering Paragraph 149, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

150.    In answering Paragraph 150, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

## **CLAIMS FOR RELIEF**

### I.    Cruel and Unusual Punishment on September 9 and 10, 2022

151.    In answering Paragraph 151, Defendant Koehler incorporates and restates her responses to paragraphs 1 through 150, as if fully set forth herein.

152.    Paragraph 152 contains legal conclusions to which no response is required.

153.    In answering Paragraph 153, Defendant Koehler denies that she was deliberately indifferent. Defendant Koehler's treatment of Plaintiff at all times met or exceeded the standard of care. Defendant Koehler is without knowledge or information

sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

154.    In answering Paragraph 154, Defendant Koehler denies that she was deliberately indifferent. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

## II.    Inadequate Diabetic Care Generally

155.    In answering Paragraph 155, Defendant Koehler incorporates and restates her responses to paragraphs 1 through 154, as if fully set forth herein.

156.    Paragraph 156 contains legal conclusions to which no response is required.

157.    In answering Paragraph 157, Defendant Koehler admits diabetes can be a serious condition.

158.    In answering Paragraph 158, Defendant Koehler denies she was deliberately indifferent to Plaintiff. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

159.    In answering Paragraph 159, Defendant Koehler denies she was deliberately indifferent to Plaintiff. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

## III.    *Monell* Liability – Type 1 Diabetes

160.    In answering Paragraph 160, Defendant Koehler incorporates and restates her responses to paragraphs 1 through 159, as if fully set forth herein.

161.    In answering Paragraph 161, Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the allegations and they are therefore

denied. The remaining allegation of Paragraph 161 is a legal conclusion to which no response is required.

162.    In answering Paragraph 162, Defendant Koehler denies she deprived Plaintiff of adequate medical treatment and care for his type I diabetes. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

163.    In answering Paragraph 163, Defendant Koehler denies she denied Plaintiff adequate medical treatment and care. Defendant Koehler is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and they are therefore denied.

164.    In answering Paragraph 164, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

IV.    <u>Inadequate Care for Broken Ankle</u>

165.    In answering Paragraph 165, Defendant Koehler incorporates and restates her responses to paragraphs 1 through 164, as if fully set forth herein.

166.    Paragraph 166 contains legal conclusions to which no response is required.

167.    In answering Paragraph 167, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

168.    In answering Paragraph 168, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

169.    In answering Paragraph 169, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

V.    <u>Inadequate Care for Sleep Apnea</u>

170.    In answering Paragraph 170, Defendant Koehler incorporates and restates her responses to paragraphs 1 through 169, as if fully set forth herein.

171.    In answering Paragraph 171, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

172.    In answering Paragraph 172, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

173.    In answering Paragraph 173, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

174.    In answering Paragraph 174, these allegations are not directed toward Defendant Koehler and/or are directed toward other parties to this case, and therefore, no response is required.

**PRAYER**

Plaintiff's Prayer does not require a response, but insofar as an answer is deemed necessary, Defendant Koehler denies that Plaintiff is entitled to the requested relief, or to any relief whatsoever.

**THIRD DEFENSE**

Plaintiff is barred from maintaining this action against Defendant Koehler because Defendant Koehler at all times acted in a reasonable and prudent fashion, satisfying any duty, if any, which she owed under the rules, regulations, statutes, ordinances, customs, policies, and usages of the laws and the applicable standard of care of the State of Idaho and the United States, and no act or omission of Defendant Koehler proximately caused Plaintiff's damages.

**FOURTH DEFENSE**

Plaintiff is barred from maintaining this action against Defendant Koehler because Plaintiff has failed to state a claim for relief under the cruel and unusual punishment clause of the Eighth Amendment of the United States Constitution and has not alleged facts that demonstrate that Defendant Koehler acted with deliberate indifference to Plaintiff's medical needs.

**FIFTH DEFENSE**

Plaintiff is barred from maintaining this action because Plaintiff's alleged damages or injuries, if any, were proximately caused by his own actions, the actions of one or more third persons not a party in this case, and/or the actions of another party to this action.

**SIXTH DEFENSE**

Plaintiff is barred from maintaining this action because Plaintiff's alleged damages, if any, were caused in whole or in part by a preexisting condition or the progression thereof and not by the deliberate indifference, wrongdoing, or fault of Defendant Koehler.

## SEVENTH DEFENSE

Plaintiff is barred from maintaining this action against Defendant Koehler because the allegations contained in Plaintiff's Complaint do not rise to the level of deprivation of rights which are protected by the United States Constitution or other federal law, or any other legal provision referred to in Plaintiff's Complaint.

## EIGHTH DEFENSE

Plaintiff is barred from maintaining this action against Defendant Koehler because Plaintiff's alleged damages, if any, were proximately caused, in whole or in part, by the superseding, intervening acts, and/or omissions of Plaintiff and/or other entities and/or persons not parties to this action, and/or other parties to this action.

## NINTH DEFENSE

Plaintiff is barred from maintaining this action against Defendant Koehler by reason of Plaintiff's failure to exhaust his administrative remedies.

## TENTH DEFENSE

Defendant Koehler is not liable under the Eighth Amendment for any injury caused by the acts or omissions of any individuals under the doctrine of *respondeat superior*.

## ELEVENTH DEFENSE

Plaintiff has, and continues to have, the ability and opportunity to mitigate the damages alleged with respect to the subject matter of this action and has failed to mitigate said damages.

## TWELFTH DEFENSE

Defendant Koehler denies any wrongdoing or deliberate indifference. In the alternative, Defendant Koehler asserts that the facts regarding the medical care Plaintiff

received as alleged by Plaintiff would, at most, assert a claim of negligence, malpractice, or gross negligence, which is insufficient to give rise to a constitutional claim under 42 U.S.C. § 1983.

## THIRTEENTH DEFENSE

Plaintiff's claims are limited or barred by Idaho Code §§ 6-1603 and 6-1606.

## FOURTEENTH DEFENSE

At no time did Defendant Koehler demonstrate any indifference, deliberate or otherwise, toward any serious medical need of Plaintiff, nor did Defendant Koehler fail to provide necessary medical care.

## FIFTEENTH DEFENSE

Any and all conduct of Defendant Koehler with respect to matters alleged was justifiable, reasonable, authorized by law, and performed in good faith with a belief that such acts were proper, legal, and appropriate.

## RESERVATION OF RIGHTS

Discovery has not yet commenced, and the result of discovery may reveal additional defenses to Defendant Koehler. Therefore, Defendant Koehler reserves the right to amend her Answer if appropriate.

## REQUEST FOR ATTORNEY FEES

As a result of the filing of Plaintiff's Complaint, Defendant Koehler has been required to retain legal counsel to defend the said action and is entitled to recover attorney fees, pursuant to the provisions contained in Idaho Code § 12-121.

## DEMAND FOR JURY TRIAL

Defendant Koehler demands a trial by a jury of not less than twelve (12) members on all issues.

WHEREFORE, Defendant Koehler prays for judgment as follows:

1.      Plaintiff's Complaint be dismissed with prejudice, and that judgment be entered for Defendant Koehler and against Plaintiff and that he takes nothing thereby.

2.      For costs, including reasonable attorney fees to be set by the Court.

3.      For such other and further relief as to the Court may deem proper.

DATED this 11th day of December 2023.

GJORDING FOUSER PLLC


By    /s/ W. Dustin Charters
Trudy Hanson Fouser – Of the Firm
W. Dustin Charters – Of the Firm
*Attorneys for Defendant Hillary Koehler*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December 2023, I served the foregoing on the following CM/ECF registered participants:

Craig H. Durham
chd@fergusondurham.com


        /s/ W. Dustin Charters
W. Dustin Charters