RAÚL LABRADOR
ATTORNEY GENERAL

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants Centurion of Idaho, LLC, Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JACOB SPENCER FREY, | ) Case No. 1:23-cv-00141-DKG |
| Plaintiff, | ) |
| vs. | ) **CORPORATE DISCLOSURE** |
| CENTURION, *et al.* | ) |
| Defendants. | ) |
| _____ | ) |

Defendant Centurion, in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. Centurion of Idaho, LLC is a wholly-owned subsidiary of Centurion, LLC.

2. Centurion, LLC is owned by MHM Services, Inc, which is owned by Centurion Equity Group, Inc., which is not a publicly traded company.

CORPORATE DISCLOSURE - 1

DATED this 28th day of December, 2023.

                MOORE ELIA & KRAFT, LLP

                */s/ Craig Stacey*
                Craig Stacey
                Attorneys for Defendants Centurion of Idaho, LLC, Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 28th day of December, 2023, I electronically served the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of this filing to the following:

| | |
|---|---|
| Craig H. Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, Idaho 83702<br>Telephone: (208) 724-2617<br>Facsimile: (208) 906-8663<br>chd@fergusondurham.com | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ CM/ECF |

*Attorneys for Plaintiff*


                */s/ Katie Ridgeway*
                Katie Ridgeway