IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JACOB SPENCER FREY, | ) | Case No. 1:23-cv-00141-AKB |
| Plaintiff, | )<br>)<br>) | **PROTECTIVE ORDER ADOPTING** |
| vs. | )<br>) | **CONFIDENTIALITY AGREEMENT** |
| CENTURION, *et al.* | )<br>) | |
| Defendants. | )<br>) | |

This matter, having come before the Court as the parties' stipulated Confidentiality Agreement and good cause appearing, the Court GRANTS the parties' Motion for Protective Order (Dkt. 24) and HEREBY ADOPTS the Confidentiality Agreement. The parties are hereby required to follow the provisions of the Confidentiality Agreement.

DATED: May 02, 2024

Amanda K. Brailsford
U.S. District Court Judge

**PROTECTIVE ORDER ADOPTING CONFIDENTIALITY AGREEMENT - 1**