UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOB SPENCER FREY,<br><br>Plaintiff,<br><br>v.<br><br>CENTURION HEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:23-cv-00141-AKB<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based upon the parties' Motion for Extension of Deadlines (Dkt. 26) and Amended Motion for Extension of Deadlines (Dkt. 27), pursuant to Federal Rules of Civil Procedure 1 and 16(b)(4), and for good cause appearing:

**IT IS HEREBY ORDERED** the Scheduling Order (Dkt. 22) is amended as follows:

1. **Dispositive Motion Deadline:** All dispositive motions, including motions for punitive damages, must now be filed by **January 6, 2025**.

2. **Alternative Dispute Resolution:** ADR must now be held by **December 16, 2024**.

3. **Completion of Fact Discovery:** All fact discovery must now be completed **December 16, 2024**.

4. **Disclosure of Experts:**

    a. **Plaintiff** must disclose the experts intended to be called at trial on or before **September 3, 2024**.

    b. **Defendant** must disclose the experts intended to be called at trial on or before **October 16, 2024**.

**ORDER AMENDING SCHEDULING ORDER - 1**

      c.  **Plaintiff** must disclose rebuttal experts intended to be called at trial on or before **October 30, 2024**.

      d.  **ALL** discovery relevant to experts must be completed by **December 16, 2024**.

DATED: July 24, 2024

_Amanda K. Brailsford_
**Amanda K. Brailsford**
U.S. District Court Judge

**ORDER AMENDING SCHEDULING ORDER - 2**