RAÚL LABRADOR
ATTORNEY GENERAL

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants Centurion of Idaho, LLC, Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JACOB SPENCER FREY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTURION, *et al.*<br><br>　　　　Defendants. | Case No. 1:23-cv-00141-DKG<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE** |

　　　　COMES NOW the parties, by and through their attorneys of record, stipulate and move this Court for an Order dismissing Centurion Health, Inc., Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, and Hillary Koehler from this lawsuit with prejudice, each party to bear their respective attorney fees and costs.

　　　　Defendants Centurion of Idaho, Inc., Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen will remain in the lawsuit.

**STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE** - 1

DATED this 20th day of March, 2025.

                */s/ Craig Stacey*
                Craig Stacey
                Attorneys for Defendants Centurion of Idaho, LLC, Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen

DATED this 20th day of March, 2025

                */s/ Craig Durham*
                Craig Durham - Attorney for Jacob Frey

DATED this 20th day of March, 2025

                */s/ Brady Hall*
                Brady Hall - Attorney for Hillary Koehler

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on this 20th day of March, 2025, I served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Craig H. Durham<br>Idaho State Bar No. 6428<br>Ferguson Durham, PLLC<br>223 N. 6t h Street, Suite 325<br>Boise, Idaho 83702<br>chd@fergusondurham.com<br><br>*Attorney for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ ICourt<br>☐ Facsimile Transmission<br>☒ E-Mail chd@fergusondurham.com |
| Brady Hall<br>Gjording Fouser Hall PLLC<br>(208) 336-9777<br>bhall@gfidaholaw.com | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ ICourt<br>☐ Facsimile Transmission<br>☒ E-Mail bhall@gfidaholaw.com |

                                            */s/ Jessica Steiger*
                                            Jessica Steiger