IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| JACOB SPENCER FREY,<br><br>      Plaintiff,<br><br>vs.<br><br>CENTURION, *et al.*<br><br>      Defendants. | Case No. 1:23-cv-00141-AKB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having reviewed the Stipulation for Dismissal of Certain Defendants with Prejudice (Dkt. 40), and good cause appearing;

IT IS HEREBY ORDERED Centurion Health, Inc., Murray Young, Rebekah Haggard, Tonya McMillian, Patrick Jones, Jacque Dolan, Summer Eldredge, William Rogers, Selah Worley, Robin Larive, Nathan Thueson, and Hillary Koehler are **DISMISSED WITH PREJUDICE**. These parties shall bear their own costs, expenses and attorney fees.

Defendants Centurion of Idaho, Inc., Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen remain in the lawsuit.

DATED: March 25, 2025

*Amanda K. Brailsford*

Amanda K. Brailsford
U.S. District Court Judge

**ORDER OF DISMISSAL WITH PREJUDICE** - 1