RAÚL LABRADOR
ATTORNEY GENERAL

Craig D. Stacey (ISBN 7996)
Special Deputy Attorney General
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
craig@melawfirm.net

*Attorneys for Defendants Centurion of Idaho, LLC, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOB SPENCER FREY, | ) Case No. 1:23-cv-00141-DKG |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE** |
| CENTURION, *et al.* | ) |
| Defendants. | ) |

COMES NOW the parties, by and through their attorneys of record, stipulate and move this Court for an Order dismissing this lawsuit with prejudice, each party to bear their respective attorney fees and costs.

DATED this 25th day of March, 2025.

                          /s/ Craig Stacey
                          Craig Stacey
                          Attorneys for Defendants Centurion of Idaho, LLC, Rona Siegert, Tyrell Davis, Jamie Ayuso, Matthew Miller, and Sheikh Deen

**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE** - 1

DATED this 25th day of March, 2025

         _/s/ Craig Durham_____
         Craig Durham - Attorney for Jacob Frey

DATED this 25th day of March, 2025

         _/s/ Brady Hall_____
         Brady Hall - Attorney for Hillary Koehler

**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE** - 2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 26th day of March, 2025, I served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

Craig H. Durham  
Idaho State Bar No. 6428  
Ferguson Durham, PLLC  
223 N. 6t h Street, Suite 325  
Boise, Idaho 83702  
chd@fergusondurham.com  

*Attorney for Plaintiff*

☐ U.S. Mail, postage prepaid  
☐ Hand Delivered  
☐ ICourt  
☐ Facsimile Transmission  
☒ E-Mail chd@fergusondurham.com  

Brady Hall  
Gjording Fouser Hall PLLC  
(208) 336-9777  
bhall@gfidaholaw.com  

☐ U.S. Mail, postage prepaid  
☐ Hand Delivered  
☐ ICourt  
☐ Facsimile Transmission  
☒ E-Mail bhall@gfidaholaw.com  

*/s/ Jessica Steiger*_____  
Jessica Steiger

**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE** - 3