IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACOB SPENCER FREY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTURION, *et al.*<br><br>　　　　Defendants. | Case No. 1:23-cv-00141<br><br>**ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE** |

　　　Having reviewed the Stipulation for Dismissal of Lawsuit with Prejudice (Dkt. 42), and good cause appearing;

　　　IT IS HEREBY ORDERED this lawsuit is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs, expenses and attorney fees. The Clerk of Court is directed to terminate this matter.

DATED: March 26, 2025

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge

**ORDER OF DISMISSAL OF LAWSUIT WITH PREJUDICE** - 1